UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 15CR 10390 - |
| | ) |
| JAYME GORDON, | ) |
| Defendant | ) |

**SEALED**

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

Pursuant to FRCP 6(e)(4), the United States asks the Court to order that the indictment in the above-captioned case be sealed (and that no person shall disclose the return of the indictment except as necessary for the issuance and execution of a warrant) until the defendant is in custody, at which point the indictment will automatically become unsealed without further order of the Court, so that it can be promptly provided to the defendant and his counsel.

The United States further moves pursuant to General Order 06-05 that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States has filed in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

Dated: December 15, 2015

By: /s/ Adam Bookbinder
Adam Bookbinder
Amy Harman Burkart
Assistant U.S. Attorneys

ALLOWED
/s/ D.C. Cell USMJ
12/16/2015