UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 15-10390-PBS |
| | ) | |
| v. | ) | |
| | ) | |
| JAYME GORDON | ) | |
| | ) | |
| Defendant | ) | |

## ORGANIZATIONAL VICTIM NOTICE

The United States hereby notifies the Court, as required by Local Rule 112.4(B), that it has identified the company listed below as an organizational victim, parent company of victims, or publicly held corporation that owns 10% or more of victim companies, of the crimes alleged in the above-captioned indictment:

DreamWorks Animation SKG, Inc.

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney


    By:*/s/ Adam Bookbinder*
        Adam J. Bookbinder
        Amy Harman Burkart
        Assistant U.S. Attorneys


## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        */s/ Adam Bookbinder*

Dated: December 23, 2015