# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Jayme Gordon<br><br>_Defendant_ | ) ) Case No. 15CR 10390 ) ) ) ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ Jayme Gordon

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Wire fraud (18 U.S.C. 1343)
Perjury (18 U.S.C. 1623)

Date: 12/16/2015

_Issuing officer's signature_

City and state: Boston, Massachusetts

_Printed name and title_
Deputy Clerk

### Return

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____.

Date: _____

FBI
12/21/2015

_Arresting officer's signature_

_Printed name and title_