UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 15-10390-PBS |
| | ) | |
| v. | ) | |
| | ) | |
| JAYME GORDON | ) | |
| | ) | |
| Defendant | ) | |

**ASSENTED-TO MOTION TO**
**CONTINUE STATUS CONFERENCE AND EXLUDE TIME**

The United States, with the assent of defense counsel, asks the Court to continue the status conference, currently set for March 14, 2016, to an afternoon during the week of April 4 or beyond. The government asks for this continuance because both prosecutors on this case are scheduled to be at DOJ training in South Carolina on March 14. The government consulted with defense counsel about dates that work to reschedule the conference, and the week of April 4 is the first week that works for both parties.

The parties also ask the Court to exclude the time from March 14 to the date of the status conference. This time is excludable, under 18 U.S.C. § 3161(h)(7)(A), on the grounds that the ends of justice served by allowing all counsel to be present at the status conference outweighs the interests of the public and defendant in a speedy trial.

    Respectfully submitted,

    CARMEN M. ORTIZ
    United States Attorney


By: */s/ Adam Bookbinder*
    Adam J. Bookbinder
    Amy Harman Burkart
    Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Adam Bookbinder*

Dated: February 23, 2016