UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
15-10390-PBS

UNITED STATES OF AMERICA

v.

JAYME GORDON

**ORDER ON EXCLUDABLE TIME**

February 24, 2016

DEIN, M.J.

With the agreement of the parties, this court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008), that the defendant requires the time for the preparation of an effective defense, including time for review of the evidence, preparation of motions and consideration of alternatives concerning how best to proceed, and that the interests of justice outweighs the best interests of the public and the defendants for a trial within seventy days of the return of an indictment. I further find that not granting this continuance would deny counsel for both the government and the defendant a reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, it is hereby ordered that the Clerk of Court enter excludable time for the period of February 24, 2016 through March 31, 2016, by which time defense counsel expects to have obtained and reviewed the documents from defendant's civil litigation. Based upon the December 21, 2015, January 25, 2016 and this order of this court, as of March 31, 2016 there will be 0 days of non-excludable time and 70 days will remain under the Speedy Trial Act in which this case must be tried.

      / s / Judith Gail Dein
      Judith Gail Dein
      United States Magistrate Judge