# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA                    15-CR-10390- PBS

V.

JAYME GORDON

## DEFENDANT'S ASSENTED TO MOTION TO CONTINUE TRIAL DATE

Now comes the defendant and moves this Honorable Court to continue his trial date presently scheduled for September 12 or 19, 2016 at 9:00 a.m.

As grounds therefore counsel for the defendant represents to the Court that he is now scheduled to commence trial in the Norfolk Superior Court on September 13, 2016 in the matter of the Commonwealth v Christopher Fletcher 1282cr00092. This defendant is charged with murder and has been under indictment since January 26, 2012. Mr. Gordon's case was indicted on December 16, 2015.

Counsel for Mr. Gordon has conferred with Adam Bookbinder and Amy Burkart the Assistant United States Attorneys representing the government in this matter and they assent to this motion.

Counsel for the defendant and the Government have conferred and propose several dates for the Court's consideration: November 14, 21, 28; December 5 or any date after January 17, 2017. The proposed trial dates will bring Mr. Gorgon's case to resolution within one year of his indictment.

Respectfully Submitted,

Jayme Gordon

By His Attorney,

Robert M. Griffin

71 Park St.

Norfolk, Ma. 02056

508-922-9794

BBO#553893

June 10, 2016

CERTIFICATE OF SERVICE

I hereby swear and affirm that I have served upon the United States Attorney's Office a copy of the defendant's motion to continue his sentencing hearing presently scheduled for July 12 , 2016 by mailing a copy of said motion to Assistant United States Attorneys Adam Bookbinder and Amy Burkart via electronic mail this 10th day of June 2016.

_____
Attorney Robert M. Griffin

Counsel for the Defendant Jayme Gordon