UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | 15-cr-10390-PBS |
| V. | |
| JAYME GORDON | |

    Now comes Attorney Robert M. Griffin, Court appointed counsel for the defendant and moves this Honorable Court to be allowed to withdraw as counsel for the defendant. As grounds therefore the defendant has hired private counsel, Jeffery Denner to represent him in the above captioned matter. Attorney Denner has entered his appearance for the defendant on July 27, 2016 for all purposes related to the defendant's representation.

Respectfully Submitted,

/s/ Robert M. Griffin

Robert M. Griffin

Dhar Law, LLP

One Constitution Center

Charlestown, Ma. 02129

508-922-9794

BBO# 553893

July 28, 2016