UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Jayme Gordon

Criminal No 15-cr-10390-PBS -01

**Amended - Pretrial Order**

After a Status Conference held on 7/29/16, it is hereby ORDERED that:

1. A hearing on motions in limine and or to sever and any other issues that must be resolved prior to trial will be held on 10/25/16 at 3:00PM.

2. Trial shall commence on November 7, 2016, at 9:00AM.

3. The government shall by 10/7/16,[1] disclose to the defendant:

(a) The exculpatory information identified in Local Rule 116.2 that has not been previously produced; and

(b) A general description (including the approximate date, time, and place) of any crime, wrong, or act the government proposes to offer pursuant to Fed. R. Evid. 404(b).

4. Pursuant to the agreement of the parties, statements (as defined in 18 U.S.C. § 3500(e) and Fed. R. Crim. P. 26.2(f)) of witnesses each party intends to call in its or his case-in- chief shall be produced by 10/7/16.

---

[1]This date will ordinarily be 21 days before trial unless the declination procedure provided by L.R. 116.6 has been invoked before the Initial Pretrial Conference. See L.R. 117.1(A)(4). The judge who will preside at trial may, however, establish a date different from any date provided by L.R. 117.1 if the judge determines that there are factors in the particular case that make it in the interests of justice to do so. See L.R. 117.1(B).

[kptrlo.]

5. The parties shall by 10/7/16 file proposed voir dire questions, proposed jury instructions, any **Motions in Limine** with supporting memoranda, and a trial brief. Replies to any motions in limine shall be filed by 10/14/16.

6. The government shall by 10/26/16:

(a) Provide the defendant with the names and addresses of witnesses the government intends to call at trial in its case-in-chief. If the government subsequently forms an intent to call any other witness, the government shall promptly notify the defendant of the name and address of that prospective witness.

(b) Provide the defendant with copies of the exhibits and a pre-marked list of exhibits the government intends to offer in its case-in-chief. If the government subsequently decides to offer any additional exhibit in its case-in-chief, the government shall promptly provide the defendant with a copy of the exhibit and a supplemental exhibit list.

7. The defendant shall by 10/26/16:

(a) Provide the government with the names and addresses of the witnesses the defendant intends to call in his case-in-chief. If the defendant subsequently forms an intent to call any other witness in his case-in-chief, he shall promptly notify the government of the name and address of that witness.

(b) Provide the government with copies of the exhibits and a pre-marked list of the exhibits the defendant intends to offer in his case-in-chief. If the defendant subsequently decides to offer any additional exhibits in his case-in-chief, he shall promptly provide the government with a copy of the exhibit and a supplemental exhibit list.

8. The parties shall by 10/26/16, file a written stipulation of any facts that they agree are not in dispute.

9. **The Final Pretrial Conference shall be held on 10/25/16, at 3:00PM**

10. The following period(s) of time are excluded for Speedy Trial Act purposes, pursuant to 18 U.S.C. § 3161(h), for the reasons stated at the Initial Pretrial Conference **Time excluded to 11/7/16**

**NOTE: IF THE COURT RESCHEDULES THE TRIAL, ALL SUBMISSION DATES IN THIS ORDER REMAIN IN EFFECT UNLESS COUNSEL FILES A MOTION SEEKING LEAVE OF COURT TO MODIFY THEM TO SPECIFICALLY DESIGNATED DATES.**

8/1/16
DATE

UNITED STATES DISTRICT COURT-Chief