# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 1:15-cr-10390-PBS |
| **JAYME GORDON,**    Defendant. | |

## MOTION TO CANCEL SCHEDULED HEARING
## (MONDAY, OCTOBER 31, 2016)

Jayme Gordon ("the Defendant"), by and through undersigned counsel, respectfully requests this Honorable Court to cancel the hearing scheduled on Monday, October 31, 2016 at 10:00 am. As reasons therefor, all of the issues relating to discovery from Fish & Richardson, PC are either resolved or well in the process of being resolved, by materials undersigned counsel has received and is continuing to receive.

Undersigned counsel has not spoken with counsel for the Government since yesterday, but upon information and belief, does not belief that they will have an objection to the request herein.

October 28, 2016

Respectfully submitted,
JAYME GORDON
By and through his attorney,

 /s/ *Jeffrey A. Denner*
Jeffrey A. Denner, BBO#120520
Jeffrey Denner Associates, PC
Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel.   617.227.2800
Fax.   617.973.1562
jad@dennerlaw.com

**Certificate of Service**

I, Jeffrey A. Denner, hereby certify that on this the 28th day of October 2016, I caused a true copy of the foregoing *Motion to Cancel Scheduled Hearing (Monday, October 31, 2016)*, to be served upon all necessary parties to this matter by virtue of electronically filing the same via the CM/ECF system.

      /s/ *Jeffrey A. Denner*
      Jeffrey A. Denner