UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAYME GORDON,<br><br>Defendant | Case No. 15-cr- 10390-PBS |

## JOINT EXHIBIT LIST

The United States of America, by its attorneys, Assistant U.S. Attorneys Amy Harman Burkart and Adam J. Bookbinder, attaches the parties current Joint Exhibit List. The government reserves the right to supplement or modify this list with reasonable notice to the defendant. The government also reserves the right to supplement or modify this list in light of the evidence admitted at trial. The defendant anticipates adding exhibits to the list tomorrow, and a supplemental joint exhibit list will be filed upon defendant's additions.

                              Respectfully submitted,

                              CARMEN M. ORTIZ
                              UNITED STATES ATTORNEY

            By:    */s/ Amy Harman Burkart*
                    Amy Harman Burkart
                    Adam J. Bookbinder
                    Assistant U.S. Attorneys

Dated: November 2, 2016

*UNITED STATES OF AMERICA v. JAYME GORDON*

CASE NO.: 15-CR-10390- PBS *(as of 11-2-2016)*

## JOINT EXHIBIT LIST

| Exhibit Offered By: | Exhibit Number | Agreed [Yes/No] | Admitted [Yes/No] | Description of Exhibit |
|---|---|---|---|---|
| | | | | **Gordon Copyright Materials** |
| Government | 001 | Yes | | Certificate of Registration "Great Iggy Bop War" (1991) |
| Government | 002 | Yes | | Penelopi Panda Excerpt from "Great Iggy Bop War" Deposited Material (1991) |
| Government | 003 | Yes | | Certificate of Registration -- "LuckyLizard.Com" (2000) |
| Government | 004 | Yes | | Panda Power Excerpt from "LuckyLizard.Com Deposited Material" (2000) |
| Government | 005 | Yes | | Certificate of Registration "Book of P.U." (2008) |
| Government | 006 | Yes | | "Book of P.U." Excerpts from Deposited Material (2008) |
| Government | 007 | Yes | | Amended Certificate of Registration "Book of P.U." (2011) |
| Government | 008 | Yes | | Certificate of Registration - Kung Fu Panda Power Posters (2011) |
| Government | 009 | Yes | | Kung Fu Panda Power Posters - Deposited Material (2011) |
| Government | 010 | Yes | | "Unpublished Notebook Sketches" -- Jayme Gordon - Certificate of Registation (2011) |
| Government | 011 | Yes | | "Unpublished Notebook Sketches" -- Jayme Gordon - Deposited Material (2011) |
| Government | 012 | Yes | | "Unpublished Notebook Sketches" - Partello, Gordon - Certificate of Registration (2011) |
| Government | 013 | Yes | | "Unpublished Notebook Sketches" -- Partello, Gordon Deposited Material (2011) |
| | 014-017 | | | *Reserved* |
| | | | | ***Gordon v. DreamWorks*** **Civil Case Filings & Supporting Materials** |
| Government | 018 | Pending | | Defendants' Motion to Compel |
| Government | 019 | Pending | | Order Motion to Compel Forensics |
| Government | 020 | Yes | | Amended Complaint (4/19/2011) |

1

*UNITED STATES OF AMERICA v. JAYME GORDON*

**CASE NO.: 15-CR-10390- PBS** *(as of 11-2-2016)*

| | | | | **JOINT EXHIBIT LIST** |
|---|---|---|---|---|
| Exhibit Offered By: | Exhibit Number | Agreed [Yes/No] | Admitted [Yes/No] | Description of Exhibit |
| Government | 021 | Yes | | Settlement Demand Letter & Email (7/1/11) |
| Government | 022 | Yes | | Discovery Letter & Email (8/30/11) |
| Government | 023 | Yes | | Discovery Letter Email (10/6/11) |
| Government | 024 | Yes | | Depostion Scheduling Letter Email (1/31/12) |
| Government | 025 | Yes | | Discovery Letter (8/11/11) |
| Government | 026 | Yes | | Initial Images Analyzed by Michael Knapp |
| Government | 027 | Yes | | Coloring Book Images Analyzed by Michael Knapp |
| Government | 028 | Yes | | Videotaped Gordon Deposition Excerpts |
| Government | 029 | No | | Gordon Privilege Log |
| | | | | |
| | | | | **DreamWorks Materials** |
| Government | 030 | Yes | | The Secret Life of Pandas (3/3/2000 & 3/4/2000) |
| Government | 031 | Yes | | "Enter the Pandas" (9/13/2000) |
| Government | 032 | Yes | | "Kung Fu Panda" outline (11/27/2001) |
| Government | 033 | Yes | | Master P: Kung Fu Panda Treatment -(6/28/2002) |
| Government | 034 | Yes | | Memo Re: Master P. Kung Fu Panda (7/22/2002) |
| Government | 035 | Yes | | Kung Fu Panda Movie (Excerpts) |
| Government | 036 | Yes | | Kung Fu Panda Trailer on Shrek 3 DVD |
| Government | 037 | Yes | | 1999 DreamWorks Letter to Gordon |
| | 038-039 | | | *Reserved* |
| | | | | |
| | | | | **Disney Materials** |
| Government | 040 | Yes | | Disney Timon & Pumba Coloring Book |
| Government | 041 | Yes | | Disney "Don't Break the China" Cartoon (Video) |
| Government | 041A-C | Yes | | Disney "Don't Break the China" Cartoon Stills |
| Government | 042 | Yes | | 1999 Gordon Letter to Disney |

| | | | | |
|---|---|---|---|---|
| *UNITED STATES OF AMERICA v. JAYME GORDON* | | | | |
| **CASE NO.: 15-CR-10390- PBS** *(as of 11-2-2016)* | | | | |
| **JOINT EXHIBIT LIST** | | | | |
| Exhibit Offered By: | Exhibit Number | Agreed [Yes/No] | Admitted [Yes/No] | Description of Exhibit |
| | | | | **Computer Forensic Materials** |
| Government | 050 | Yes | | Permanent Eraser Crash File |
| Government | 051 | Yes | | FSEvents File (compressed) |
| Government | 052 | Yes | | FSEvents File (uncompressed) |
| Government | 053 | Yes | | Spreadsheet of FSEvents Logs Re Permanent Eraser |
| Government | 054 | Yes | | Disk Utility Erase Screenshot |
| Government | 055 | Yes | | Disk Utility Erase Free Space Screenshot |
| Government | 056 | Yes | | Log Relating to Disk Utility Erase |
| Government | 057 | Yes | | FSEvents Logs Re Gordon v. DreamWorks |
| Government | 058 | Yes | | FSEvents Logs re Firefox and Safari |
| Government | 059 | Yes | | Log re Firefox Reinstall |

CERTIFICATE OF SERVICE

I, Amy Harman Burkart, certify that on November 2, 2016, I caused a copy of the Government's Amended Exhibit List to be served via ECF to counsel of record for defendant Jayme Gordon.

                                                      */s/ Amy Harman Burkart*
                                                     Amy Harman Burkart
                                                     Assistant United States Attorney

Date:  November 2, 2016