# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JAYME GORDON**<br><br>**Defendant** | Crim. No. 15-CR-10390-PBS |

## GOVERNMENT'S WITNESS LIST

The United States of America, by its attorneys, United States Attorney Carmen M. Ortiz, and Assistant U.S. Attorneys Adam J. Bookbinder and Amy Harman Burkart, hereby gives notice that it may call the following persons as witnesses during its case-in-chief. This list reflects stipulations regarding various evidentiary matters, including the authenticity and admissibility of certain types of records; authenticity and chain-of-custody for certain items; and the authenticity and accuracy of various recordings, among other items. The government reserves the right to supplement or modify this list with reasonable notice to the defendant. The government also reserves the right to supplement or modify this list in light of the evidence admitted at trial.

Jonathan Zavin, Loeb & Loeb
New York, NY

FBI Special Agent Adam Boynton
Boston, MA

Michael LaChance, Sony Pictures (formerly of DreamWorks)
Los Angeles, CA

Christopher Kuser, DreamWorks
Los Angeles, CA

Robert "Bobs" Gannaway, Disney
Los Angeles, CA

Michael Knapp, Blue Sky Animation
New York, NY

Sankara Shanmugam, Stroz Friedberg (formerly of Protiviti)
New York, NY

Jenna Lamy, U.S. Attorney's Office
Boston, MA

*Respectfully submitted*,

CARMEN M. ORTIZ
United States Attorney

By:   */s/ Amy Harman Burkart*
AMY HARMAN BURKART
ADAM J. BOOKBINDER
Assistant U.S. Attorneys

Date: November 2, 2016

## CERTIFICATE OF SERVICE

  I hereby certify that on November 2, 2016, I filed a copy of Government's witness list under seal, and provided a copy to defense counsel by email.

               */s/ Amy Harman Burkart*
               AMY HARMAN BURKART
               Assistant U.S. Attorney