## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 1:15-cr-10390-PBS |
| **JAYME GORDON,** Defendant. | |

## AMENDED EXHIBIT LIST

The Defendant, by and through his attorney, Jeffrey A. Denner, attaches his Amended Exhibit List.

Dated: November 17, 2016

Respectfully submitted,
JAYME GORDON
By and through his attorney,

 /s/ *Jeffrey A. Denner*
Jeffrey A. Denner, BBO#120520
Jeffrey Denner Associates, PC
Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel.     617.227.2800
Fax.    617.973.1562
jad@dennerlaw.com

*UNITED STATES OF AMERICA v. JAYME GORDON*

**CASE NO.: 15-CR-10390-PBS** *(as of 11-02-2016)*

# Defendant's Exhibit List

| Exhibit Number | Agreed [Yes/No] | Admitted [Yes/No] | Description of Exhibit |
|---|---|---|---|
| 151 | Yes | Yes | List of Character Names<br>page: 66<br>1992 Copyright<br>(TXU530766) |
| 152 | Yes | Yes | List of Character Names<br>page: 7<br>1993 Copyright<br>(TXU560434) |
| 153 | Yes | Yes | "Super Sumo Kamikaze Komodo Dragon Wrestlers™ The Television Series"<br>Page: 126<br>2000 Copyright<br>(TXU867275) |
| 154 | Yes | Yes | Image of DreamWork's character "Po" and "Master Shifu" from TV animated Series "Legends of Awesomeness"(2011) |
| 155 | Yes | Yes | Image of Kung Fu Panda "Po's Power Paws with 'Panda Power' Sound Effects" |
| 156 | Yes | Yes | Image of Cover for Kung Fu Panda 3 "The Power of Po" Story Book Adapted by: Maggie Testa (2015) |
| 157 | Yes | Yes | Image of "Mantis" from Kung Fu Panda film (2008) |
| 158 | Yes | Yes | The Jayme Gordon Company Trademarked Logo<br>From JaymeGordon.com<br>page: JG001693<br>2000 Copyright<br>(TXU867275) |
| 159 | Yes | Yes | Image of "Mantis" from Kung Fu Panda film (2008) emphasizing design on Character's back |
| 160 | Yes | Yes | "Anna Conda"<br>page: 22<br>1993 Copyright<br>(TXU459629) |
| 161 | Yes | Yes | Image of "Viper" from Kung Fu Panda film (2008) |
| 162 | Yes | Yes | "Fortune Cookie"<br>page: 41<br>1992 Copyright<br>(TXU530766) |

| 163 | Yes | Yes | Image of "Mr. Ping" from Kung Fu Panda film (2008) |
| --- | --- | --- | --- |
| 164 | Yes | Yes | "Super Sumo Kamikaze Komodo Dragon Wrestlers" page: 24 1992 Copyright (TXU530766 |
| 165 | Yes | Yes | Image of "Po" from Kung Fu Panda film (2008) |
| 166 | Yes | Yes | Drawing page: 146 1991 Copyright (TXU475355) |
| 167 | Yes | Yes | "Super Sumo Kamikaze Komodo Dragon Wrestlers" (Nesia) page: 36 1991 Copyright (TXU459629) |
| 168 | Yes | Yes | Image of "Storming Ox" from Kung Fu Panda 2 film (2011) |
| 169 | Yes | Yes | Story of "Karate Marty Mantis™ " page: 9 1993 Copyright (TXU560434) |
| 170 | Yes | Yes | Story of Karate Marty Mantis™ with Name Substitutions page: 9 1993 Copyright (TXU560434) |
| 171 | Yes | Yes | Drawing of "Karate Marty Mantis™" page: 41 1993 Copyright (TXU560434) |
| 172 | Yes | Yes | Drawing of "Karate Marty Mantis ™" page: 62 1991 Copyright (TXU475355) |
| 173 | Yes | Yes | Image of "Mantis" from Kung Fu Panda Film (2008) |
| 174 | Yes | Yes | "BIG GUNS™ Body Building Gear" drawing page: 11 1992 Copyright (TXU5307666) |
| 175 | Yes | Yes | Image of "Chip Hazard" from "Small Soldiers" film by DreamWorks (1998) |
| 176 | Yes | Yes | Story of "The Mighty Three" page(s): 38-40 1993 Copyright (TXU560434) |

| | | | |
|---|---|---|---|
| 177 | Yes | Yes | Drawing of "The Mighty Three"<br>page: 38<br>1993 Copyright<br>(TXU560434) |
| 178 | Yes | Yes | RESERVED |
| 179 | Yes | Yes | Image of "The Lion King's Tomin & Pumbaa 'Beary Good Fortunes" (Rhino Babies Scene) |
| 180 | Yes | Yes | "Super Sumo Kamikaze Komodo Dragon Wrestlers"<br>page: 36<br>1991 Copyright<br>(TXU459629) |
| 181 | Yes | Yes | Drawing of "Frog King"<br>page: 5<br>1990 Copyright<br>(TXU434415) |
| 182 | Yes | Yes | Image of DreamWorks' Character: "The Toad" from the film "Flushed Away" (2006) |
| 183 | Yes | Yes | Drawing of "Rancid Rat & Big Mouth"<br>page: 85<br>1992 Copyright<br>(TXU530766) |
| 184 | Yes | Yes | Image of Image of DreamWorks' Character: "Spike & Whitey" from the film "Flushed Away" (2006) |
| 185 | Yes | Yes | Drawing of "Rodney"<br>page: 49<br>1992 Copyright<br>(TXU530766) |
| 186 | Yes | Yes | Image of DreamWorks' Character: "Roddy" from the film "Flushed Away" (2006) |
| 187 | Yes | Yes | Drawing<br>page:4<br>1993 Copyright<br>(TXU560434) |
| 188 | Yes | Yes | Image of Disney's Character: "Mr. Incredible" from the film "The Incredibles" (2004) |
| 189 | Yes | Yes | Drawing<br>page: 560434<br>1993 Copyright<br>(TWU560434) |
| 190 | Yes | Yes | Image of DreamWork's Character: "Metro Man" from the film "Mega Mind" |
| 191 | Yes | Yes | FSEvents Logs Relating to Gordon v. DreamWorks page 1,2,3 |
| 192 | Yes | Yes | Drawing of "Taboo"<br>page: 103<br>1991<br>(TXU475355) |
| 193 | Yes | Yes | Image comparing "Taboo"(1991) to Timon |

|     |     |     |     |
| --- | --- | --- | --- |
|     |     |     | from the "Lion King" (1994) |
| 194 | Yes | Yes | Cease and Desist Letter from Lucy D. Loverien, Esq. to Jay S. Handlin, Esq. of Capital Cities/ABC, Inc./The Walt Disney Company dated December 31, 2001 Re: Jayme Gordon Intellectual Property, including " LUCKY LIZARD" character and trademark page(s):41-44 |
| 195 | Yes | Yes | Letter to Jayme Gordon from Disney, Dated June 21, 1988 |
| 196 | Yes | Yes | Letter to Roy Disney from Jayme Gordon, Dated August 1, 1990 |
| 197 | Yes | Yes | Letter to Michael Eisner from Jayme Gordon, Dated May 22, 1992 |
| 198 | Yes | Yes | DreamWorks Internal Mail Receipt & Return invoice to Jeffrey Katzenberg, submitted 10/14/1999 |
| 199 | Yes | Yes | DreamWorks Envelope Addressed to Jayme Gordon, Stamped and Dated October 28, 1999 |
| 200 | Yes | Yes | DreamWorks Rejection letter addressed to Jayme Gordon, Dated October 15, 1999 |
| 201 | Yes | Yes | Character Drawings of : <br> 1. "Shaggy" <br> Page: 20 <br> 1990 Copyright <br> (TXU434415) <br> 2. "Terror the Terrible Termite" <br> Page: 18 <br> 1990 Copyright <br> (TXU434415) <br> 3. "Sandy Sawmill" <br> Page: 57 <br> 1991 Copyright <br> (TXU475355) <br> 4. "Bette" <br> Page: 27 <br> 1990 Copyright <br> (TXU434415) <br> 5. "Buttercup" <br> Page: 16 <br> 1990 Copyright <br> (TXU434415) <br> 6. "Wally" <br> Page: 2 <br> 1990 Copyright <br> (TXU434415) <br> 7. "Gypsy" <br> Page: 24 <br> 1990 Copyright <br> (TXU434415) |

|  |  |  |  |
|---|---|---|---|
|  |  |  | 8. "Mantis"<br>Page: 60<br>1991 Copyright<br>(TXU475355) |
| 202 | Yes | Yes | Images of Disney/Pixar characters from the film "Bugs Life"(1998):<br>1. "Rosie"<br>2. "Tuck"<br>3. "Roll"<br>4. "Francis"<br>5. "Heimlich"<br>6. "Slim"<br>7. "Gypsy"<br>8. "Manny" |
| 209 | Yes | Yes | Master Yaki image<br>Page 34<br>Copyright 1990 |
| 214 | Yes | Yes | Image of Lucky Lizard<br>Page 16 of 1993 Copyright |
| 216 | Yes | Yes | Book of Pu Registration Excerpts |

**Certificate of Service**

    I, Jeffrey A. Denner, hereby certify that on this the 17th day of November 2016, I caused a true copy of the foregoing *Amended Exhibit List* to be served upon all necessary parties to this matter by virtue of electronically filing the same via the CM/ECF system.

                                                /s/ *Jeffrey A. Denner*
                                                Jeffrey A. Denner