

LAWYERS BUILDING
157 BELMONT STREET
BROCKTON, MASSACHUSETTS 02301
TELEPHONE: (508) 588-3010
FAX: (508) 584-8524
lawton.richard@comcast.net

# Richard J. Lawton

ATTORNEY AT LAW

March 9, 2017

Honorable Patti B. Saris
United States District Court
1 Courthouse Way
Boston, Massachusetts 02210

Re: **Letter in Support of Jayme Gordon**

Dear Judge Saris,

     I am writing this letter in support of your compassionate and informed sentencing of Jayme Gordon.

     I have known Jayme Gordon for approximately 20 years. As a general practitioner, I came to know Jayme Gordon when he was referred to me by a mutual friend. My association with Jayme then led to my handling a garden variety of legal matters from assisting family members with real estate transactions, and other minor legal matters. Also sitting down for countless hours as a friend to listen to Jayme as his civil litigation evolved into a criminal indictment and trial.

     Jayme Gordon is a loving and supportive husband of 30 years and a devoted and hard working father to his son Jayme, who is studying Electrical Engineering at the University of Massachusetts Amherst. Jayme Gordon is a compassionate and soulful man who has found himself convicted of fraud, and he does not want to dwell on the past few years that have been very troubling for him and his family.

     I hope that your sentencing of Jayme Gordon takes into consideration the fact that he is not a criminal in need of extended incarceration and that a sentence at the lower ends of the guidelines would more accurately reflect a reasonable punishment and would serve justice.

Very truly,

Richard J. Lawton

March 22, 2017

To Whom It May Concern:

It is a pleasure to write this letter on behalf of Jayme Gordon. Jayme was a student of mine during his high school years. During that time he demonstrated many skills including drawing and storytelling. He was an enthusiastic and interested student in my English classes and showed great interest in literature and short stories. His interest in combining his artistic skills with his imaginative story telling was strongly evident.

Years after I taught at Boston High School, I was assigned as Principal at the James M. Curley Elementary School in Boston. I was very happy one day that Jayme came to visit. He brought some drawings and stories to share with me. Then as now I was very impressed with his work and his enthusiasm about it.

Because of the quality of his very professional work and the strong message of justice in his story, The Great Dinosaur War, I invited him to present the story and drawings in slide show format to the students of the Curley School.

His presentation was met with great success by the students and faculty. Even after that day the students were still talking about the show and its message to their teachers, each other and to me.

Jayme's work is indicative of great imagination, social justice and an understanding of the strength of the combination of story and cartoon characters. The combination of these skills as designed and presented by Jayme was an invaluable teaching/learning resource for faculty and students.

I will never forget that day and the clever drawings in his presentation of The Great Dinosaur War. It was heartening to know that Jayme is continuing in that work and to offer this letter as testimony of the work he presented to me and the staff so long ago.

Sincerely,

The Very Reverend Francis Fornaro

ffornaro@eds.edu



To: Chief Judge Patti B. Saris

From: Dr. Michael Meyers

Subj: Advisory Board

Date: 03/04/2017

Jayme Gordon has been a valued member of our Blue Hills Regional Technical High School Engineering Advisory Board Committee for the last five years. He and his son (a former graduate of our program) and wife are also contributing members of the group. The Advisory Board meets in October and April of each year. The input of the members helps guide the direction of our program to meet industry standards.

Sincerely,

Dr. Michael Meyers, Engineering Chair

Mr. Daniel Hamill, Instructor of Engineering

April 3, 2017

To Whom It May Concern,

I am writing this letter on behalf of my cousin, Jayme Gordon and respectfully requesting leniency when it comes to his sentencing. From my earliest memory of Jayme, he was drawing and sharing stories about the characters he created and showing drawings of them with myself and my family. Jayme is exactly the same person and has stayed true to his own character as he was as a young man.

Jayme is full of life and faith in others. All he has ever wanted was to share his artwork with others and make people as happy as he could with it. He is creative, patient, enthusiastic, and generous. When I was in college, Jayme used to ask me to collaborate with him because I concentrated my bachelor's around creative writing and English. In hindsight, I wish I took him more seriously with that offer because he is so creative with his ideas and his story lines.

As a special education teacher that works with people that have social challenges, I was concerned during the trial listening to Jayme's learning challenges. Jayme appears to have challenges with his joint attention, his auditory and reading comprehension, and his challenges with his memory. I strongly urge that Jayme pursue an adult neuropsychological exam to rule out any social and executive functioning deficits, as well as learning disabilities. When Jayme disclosed that he had an extra year of high school that included vocational support with an embedded job coach, it concerned me. The population of students currently within education today that Jayme described in his own educational experience is considered post-graduate level students, from ages 18-22. Specifically meaning, they need additional time and support to learn the skills needed to work towards or achieve the skills necessary to be a successful member of society.

It is no wonder why drawing pictures became Jayme's expressive outlet. It does not require reading and he does not need to interpret what is shown to him; rather, he draws what he envisions in his own mind. In fact, I endure my own level of guilt for not picking up on Jayme's challenges sooner due to my rich and extensive background in education.

Even through his own adversity, Jayme has a quiet strength about him. He continues with a childlike wonder that is rare in other people, even with all the tragedies within his immediate family. Jayme's character is summed in his actions: the way he treats people that enter onto his path. His interaction is kind, genuine, generous, and helpful. Jayme's ability to remain truthful to his character, even in such despairing events, is nothing short of amazing and admirable.

He is loyal to his family and friends and it is with honor that I write this letter on his behalf. Jayme is a good person. I beg of the court to show my cousin the same compassion that he has shown to me and family. Please grant him leniency on his sentencing, I beg of you, your honor.

With Respect,

Amy Gordon, Jayme's cousin

March 2017

Chief Judge Patti Saris,

     I am writing on behalf of my youngest son, Jayme Gordon.

     Our family has faced an insurmountable amount of tragedy over the years. Each incident affecting Jayme much more than others. In 1979 he lost his older brother in a road accident, in 1993 his sister was murdered in a domestic dispute by her partner and in 1996 Jayme's eldest brother passed from a heart attack. His sibling's deaths have had such negative affect on him, being the most sensitive of my six. He has been dealing with post traumatic stress disorder and it has shown greatly over the years. Jayme has high anxiety, trouble concentrating and fluctuates emotionally, often breaking down in tears.

     Though he has remained a kind soul throughout all of this tragedy in his life. He is a light in the darkness our family has faced.

     Time and time again, Jayme has proven to be a force of positivity, despite his own mental anguish. He has been especially positive and warm around the youngest members of our family, assisting them with their creativity and harboring the artistic skills we hold so dearly. Jayme's goal has been passing down the artistic skills he gathered from his father, my husband, who passed in 2002 from lung cancer.

     For years now, Jayme has been the one thing holding the broken pieces of our family together. Without him I'm afraid we just may fall apart completely.

     I assure, Jayme would never cause any harm to anyone, due to the amount of pain he has suffered in his own life.

     I hope that you will take this into consideration when reviewing his case.

     With respect,
     Jacqueline Gordon

     Jacqueline Gordon

1 Martindale Road
Randolph, MA 02368

March 15, 2017

Chief Judge Patti B. Saris
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

I am writing to you today to ask for your consideration and leniency in the sentencing of Jayme Gordon. The task you have of sentencing people must weigh on you each time. You have a significant impact not only on their life but their family's as well. I'm sure many factors go into your decision and each sentencing is as unique as the person that stands before you.

While both Jayme and I grew up in Dorchester, I did not meet him until his son, Jayme, began to play hockey in our town 15 years ago, I was coaching youth hockey for Randolph and this is where I met Jayme, his wife Mary and his son Jayme. I would love to tell you the stories you hear about hockey parents aren't true but, unfortunately, they are. "My son is going to the NHL or receiving a scholarship..." But this was not the case with the Gordon's. When I met Jayme and Mary they were just happy to have their son playing sports. We began talking and we quickly learned that all three of us were from Dorchester. We traded stories on the parishes we grew up in and tried to connect friends and family ties.

Over the 15 years our families became friends at the rink and baseball fields. Jayme loved watching his son play and learn the sports, but he wanted so much more for him. Jayme would tell me about the plans he had to take his son on hikes or trips to see other parts of the country and talks they would have about life, nature and the world around them. Jayme didn't care about batting averages, goals scored or team records. What Jayme cared about then and still does today is his son being the best person he can be. Jayme wasn't one of those fathers that said one thing and did another. Jayme was polite with the other parents and didn't speak negatively about other players as he not only knew they were just kids, but he was setting the proper environment for his own son. Jayme was well ahead of society when it came to recognizing bullying and doing his part and being a model for other parents and the team.

Away from the fields and rinks Jayme was the same, always looking to be a positive influence for is son and anyone that met him. For Jayme to go out of his way to help a family member, friend or stranger is not uncommon. Jayme has a big heart and, while at times this may bring added stress or work to his life, he believes that the good he is doing more than makes up for the inconveniences that it creates. His intentions are always good and he has made a positive impact in many lives.

I believe it's important to take into consideration Jayme's qualities and contributions to his family, community and life in general. My experiences with Jayme have been extremely positive. I find Jayme to be a good husband, a great father and a solid member of our community.

I would like to thank you for taking the time to read my letter and to consider my input. I believe Jayme is a good person who is fully deserving of leniency and will live a positive life going forward.

Thank You
Michael O'Neill
201 - 801 - 4648

19 March 2017

The Honorable Patti B. Saris
Chief Judge
U.S. District Court, District of Massachusetts

Dear Chief Justice,

I am writing on behalf of Jayme Gordon. I have interacted with him off and on since the 1990s through the New England Herpetological Society, a reptile and amphibian hobbyist organization, to which we both belong. I believe I know him well enough to comment on his character.

I find him to be a pleasant easy-going person. I have never observed him in an argument or altercation with others. He was a willing volunteer on Society educational outreach activities over the years, contributing both his time and illustrating expertise.

His behavior towards both Mary, his wife, and Jayme, his son, has always been caring and respectful. His son, from his primary school years through high school, always accompanied Jayme when attending Society functions and they continue to have a very good relationship.

Regarding Jayme's business, I have never heard negative comments from Society members regarding either their dealings with him or with the quality of his merchandise.

In summation, based on my own personal interactions with Jayme and my observations of his relationships with others, I find him to be a decent person with whom I expect to continue a relationship in the future.

Sincerely,

Joseph Martinez, Ed.D.
33 Northey St.
Salem, MA 01970

The Honorable Patti B. Saris
United States District Court
1 Courthouse Way
Boston, MA 02210

March 16, 2017

[Date]RE:        Letter in support of Jayme Gordon

Dear Judge Saris,

I am writing to support a minimum sentence for Mr. Jayme Gordon.

The Gordon family lives next door to me. They are a wonderful caring family and our favorite neighbors. Mr. Gordon has been extremely kind to me. He always snowblows our sidewalk and shovels out the storm drains. I can't count the number of times we have benefitted from his help since he moved in. He is that way with all the neighbors and is extremely well liked. He is also a great community member, offering his time and talents to the local library whenever needed. I sit on the Board of that library. I am also aware of his generosity over the decades to help support various greater Boston charities with his character Lucky Lizard, particularly raising funds for local zoos and community organizations.

In addition to all this, he is a true family man. Both Mary, his spouse, and his son, Jayme Jr., have suffered serious illness during the past several years – he was always an important part of their recoveries, taking on all the household and yard duties as well as being a nurse and ever present support when needed. He suffers his own painful maladies in silence.

He was a key part in raising Jayme Jr., as an accident in his youth prevented him from ever performing full time work. Mary entered the corporate world to support the family and Jayme was in charge of child care for their son. He and Mary have raised a son that any parent would be proud to call their own. He is a sensible, polite, well mannered and mature young man who is an honor student at UMASS Amherst in their challenging Engineering program. He has his priorities in the right order and that only happens with the proper guidance. I fear that Jayme Jr. will delay finishing his college degree if his father is incarcerated.

Mr. Gordon is devoted to his family and is no threat to society. I am asking you to consider how vital his presence is to his family and to contemplate a sentence that allows him to care for his spouse or son if needed. I personally vouch for his character and beg you to be merciful.

Thank you for taking the time to read this letter. I hope you will consider what I have written and render a sentence that will not permanently ruin this precious family.

Sincerely,

Ellen Nagle

Ellen Nagle   10 Darrell Drive  Randolph, MA 02368

Derek Tuttle

19 Oak Bluff Circle
Plymouth MA, 02360
617-593-9206
Kingtut@sprynet.com


March 8th, 2017

To the Honorable Chief Justice Patti B. Saris

My name is Derek Tuttle and I am writing to add relevant information in
the hope of securing leniency for Jayme Gordon in his proprietary case
against Dreamworks.   I have been a close, personal friend of Jayme
Gordon.   From this vantage point, I have been able to observe Jayme in a
variety of situations. He has always proved to be trustworthy, honest and
forthright.   He has raised his son to be hard-working and has instilled him
with a strong sense of integrity and fair-mindedness.   As a chief engineer
in the United States Merchant Marine, I was unable to attend the trial and
testify as a character witness in November 2016.


Had I been able to secure a relief on my vessel, my testimony would have
been as follows:   I met Jayme in the mid 1990's. As his friend, we shared
many work-related stories. Mine, more tangible sea stories, his, more
creative, imaginative, proprietary story lines.   As such, he outlined for me
many times the format for a story he dubbed "Kung Fu Panda Power".
To my knowledge, this story was copyrighted and sent to the Disney
offices.   Several years later, I saw the movie Kung Fu Panda on a ship; it
was so strikingly familiar that I emailed to congratulate him on his success
and his work.   Since we hadn't spoken in a few months, I was stunned to
hear that it had been made without his consent. I know that the trial is
over and Jayme has been convicted.   Whether or not, Dreamworks
happened upon Jayme's file inadvertently when they became an offshoot
of Disney Productions will forever remain an unknown.   I am certain,
however, that in the 20 plus years I have known Jayme Gordon, he has
never behaved in a manner that could be interpreted as dishonorable.

As you may have been apprised, Jayme's earlier representation, Fish & Richardson, PC pressured him to relinquish his lawsuit with Dreamworks, after enduring several years of litigation, and the stress associated with it. It is my understanding at that point in time, he had been advised that this would result in definitive closure with no further repercussions. However, charges were later brought against him regardless. In addition, It is my understanding that Fish & Richardson, Jayme's initial representation, at some point in time counseled Disney as well, which could have been a conflict of interest.

Unfortunately, Jayme's lead witness, Kenny Partello, (the artist who helped create some of Jayme's illustrations) passed away shortly before the second trial began, which I think was detrimental to Jayme's defense. I came to know of Kenny through Jayme and as I understand he was also a retired Police Sergeant and Veteran. Later in life, Kenny suffered from some type of serious ailment and Jayme provided him with care and support. This is the type of person Jayme Is, and I think Jayme's long friendship with people like Kenny, speaks volumes to his personality. Kenny was a very honorable person who constantly strived to serve his community and live his life to the highest standards of decency.

As an aside, I was informally deposed with a representative of Fish & Richardson by an agent of the FBI long before Jayme relinquished his lawsuit over the aforementioned intellectual property. Prior to the withdrawal of his lawsuit, family and friends had also been besieged by FBI agents. Faced with a legion of litigators serving a monolithic complex, Jayme had the courage to stand in his truth. I, for one, stand there with him and beseech the court to do the same. At this point, it is unlikely that decisions can be overturned but I feel the defendant has already been penalized. I am hoping the court, in it's wisdom, will arrive at the same conclusion and grant him lieniency in his sentencing.

Sincerely,

Derek Tuttle

The Honorable Patti B. Saris                                      March 16, 2017
United States District Court
1 Courthouse Way
Boston, MA 02210
RE: Letter in support of Jayme Gordon

Dear Judge Saris,

I am writing to support a lenient sentence for Mr. Jayme Gordon. Mr. Gordon and his family live next door to me. They are a terrific family, active in the neighborhood, quick to lend a hand when we or anyone else has a problem. This is not a new modus operandi for Mr. Gordon. We know that he has lent his considerable creative talents to many causes including our local library (where my wife sits on the board). We've also been aware that he was very active with fund raising over the years for many charities including but certainly not limited to the Stone Zoo. I can't count the number of times we have benefitted from his help since he moved in. He is that way with all the neighbors and is extremely well liked. His characters and stories have brought smiles to countless children and adults over the years.

In addition to all this, he's a wonderful family man. Mary, his spouse, and his son, Jayme Jr., both have had their own health challenges in recent years. Some of these have been extremely serious. Jayme Sr. was a huge factor in their recoveries, lending both moral and physical support in getting each of them back to normal. He's also been the rock for his extended family helping them get through their challenges as well.

All this while Jayme Sr was dealing with his own issues. His disabilities prevented him from seeking full time employment outside of the house so he assumed the role as primary care giver for young Jayme while Mary put in many hours in the corporate world. They have raised an awesome son. Bright, highly motivated and excelling academically in the demanding Engineering program at UMass Amherst. It would be unfortunate if Jayme Jr had to delay the completion of his undergraduate degree but I think that would be a real possibility if his father is incarcerated.

Mr. Gordon is devoted to his family and is no threat to society. I am asking you to consider how vital his presence is to both his immediate and extended families and to contemplate a sentence that allows him to care for his spouse or son if needed.

I appreciate that you take the time to read these letters. I hope I've been able to demonstrate that a harsh sentence would cause harm to many more people than necessary. Hopefully, you can appreciate the number of people who stand to benefit from a more lenient sentence.

Sincerely,

Kevin Nagle   10 Darrell Drive  Randolph, MA 02368

March 17, 2017

Regarding Jayme Gordon

Dear Judge Saris,

My name is Paul Parker, and I am 52 years of age. I am a Sr. Network Engineer for a Boston based firm. I am a husband of 32 years, a father of three and a grandfather of six. I grew up in Dorchester, MA.

I have known Jayme Gordon for almost 40 years and when I was asked to write a letter of character for Jayme, I did not hesitate.

Jayme and I grew up together. The reason we have always been good friends is because we share a lot of the same values.

Family values, the value of friendship, the value of how hard work and commitment can lead to success, and to having a good future in order to provide for our families.

I believe it is these core values that has driven Jayme to be a good father, a loving husband of 30 years, a wonderful son and friend.

I remember when we were young, Jayme would always be involved in his creative drawings and "costume characters" in order to make special moments for the neighborhood kids. I remember the day, and how proud he was to give me his first business card.

He always seemed focused on doing the right thing, to be a good role model for his son, to become a successful and contributing member of society and not be a statistic like so many of our friends and family members.

Because of how I feel for Jayme as a friend, and with everything that is going on in his life, I wanted to take the time to write to you to express my opinion and my concern Your Honor.

Jayme has gone through more than anyone I know. With the loss of family members, he has struggled with so many obstacles in his life, but has continued to try very hard to keep his feet on the ground, and even harder to hold onto his self-identity.

I plead with Your Honor for leniency.

Jayme and his family will not only be devastated if he were to be incarcerated, but I personally fear that if Jayme is incarcerated, his family will be destroyed and I honestly fear for his well-being Your Honor.

I pray that Your Honor allow Jayme to remain with his family, to keep his freedom, to be a father, a husband and a son.

Please, Your Honor, please take into consideration as you make your decision and judgement, what Jayme and his family has been through in his lifetime, their lifetime together. I feel he and his family will be better off outside of prison, rather than changed by prison, or even worse.

Sincerely,

Paul R. Parker II

March 16, 2017

To: Chief Judge Patti Saris, US District Court, Massachusetts


I am writing to you to ask for leniency in your sentencing of Jayme Gordon.

I have known Jayme and his family for 20+ years. The association started through my son, Derek, who was the first one in the family to meet Jayme. His family has always been his highest priority. I often saw Jayme together with his son, Jayme Jr – they were practically inseparable. The love between them was very clear – and heartwarming. They were pals, but also father & son. They look so much alike, they could be taken for twins!

Jayme and Mary have been married since before I met them – and are a wonderful, loving couple. I think that speaks volumes as well. And also speaks to why Jayme, Jr. has grown into such a caring, smart young man.

I know this trial has taken its toll on the entire family – both financially and emotionally. It will not be an easy thing for them to get over, if ever. I don't believe life will ever be the same for the 3 of them. And that is why I am writing this letter.

This has been a huge ordeal – and has brought a great deal of suffering – and I am sure, many lessons learned – I hope, in your wisdom, you will take this into account and allow this family to "normalize" again – with as lenient a sentence as you consider proper.

With Respect,

Sincerely,

Paula Tuttle
70 Washington Street, #204
Haverhill, MA 01832

Honorable Patti B. Saris
United States District Court
One Court House Way
Boston, MA

RE: Letter In Support of Jayme Gordon

Dear Judge Saris,

I appreciate you taking this time to read my letter in support of Jayme Gordon. I have known
Jayme for approximately 23 years. I know what a hard worker Jayme has been through his love
of costumes. I met him in 1994 while running a costume shop of my own. My costume shop
consisted of a wide range of products from basic costuming supplies to highly detailed and
elaborate costumes. I worked with a variety of people in the costume field from designers to
seamstresses. However, I was the primary person making the costumes for my shop, as well as
being assisted by my mom who was a seamstress for over 50 years.

When I was approached by several corporations for highly technical character mascot costumes,
which was outside of our area of expertise, I was able to call on Jayme to fulfill these types of
orders. Jayme was highly skilled at figuring out unthinkable ways to make beautiful quality
mascot costumes from various materials and supplies. We were often in awe of his creative
ingenuity. Likewise, my mom was able to help Jayme when he needed finely stitched accessories
made for many of his character costumes. As I testified in court, I recall my mom making a pair
of trousers for Jayme's character Kid panda. Jayme was a perfectionist and always wanted to do
things to the highest standards and so he called on my mom for very detailed stuff.

One thing I came to respect about Jayme is that all of his costume making abilities are self
taught. While getting to know Jayme, I also found out that he has some learning disabilities but
excelled when it came to creative things like costume design, and his characters and stories.
Jayme is also very down to earth and open about himself. This is why I think Jayme and my
mother turned out to be such a great match because she to was self taught and very down to earth
and honest about herself. Jayme and my mom often worked on stuff together outside of my shop
and in my home. He was the creative visionary and she was the hands on seamstress who could
do some of the finest stitch work. I saw Jayme and my mom work on a variety of costumes
together. My mom was elderly but loved to assist me because it kept her feeling young and she
had so much experience and enjoyed sharing her knowledge. Jayme would come to spend many
hours working with my mother and she came to love Jayme as a grandson because of his
personable and caring nature. The more time I spent around Jayme the more I realized that he
gravitated toward helping people and seemed to enjoy the company of most everyone and easily
made friends. My mom was also a great home cook and enjoyed cooking for Jayme when he
would stop by to work on a costume or sometimes just to say hello with his son, Jayme Jr.

Over time, I also came to learn more of all the cartoon type characters Jayme created and the
stories that he wrote to go with them. Jayme would often bring flyers and story material to my
shop for me to read and hand out to curious customers.

Jayme was very involved in community service and his flyers offered free services to community groups where he would do meet and great events with his costume characters. Jayme was also working as a stage hand in the live theater industry, which he seemed to enjoy doing. He would often offer to take the kids into to see the theater and show them around backstage if possible. One of the theaters he worked in was the Wang Theater, and he once took my daughter and her friends in there to see a live show. Jayme always made time for everyone around him.

Jayme has always impressed upon me the need to always do more for those around you. Because of his past in depth community work at the zoo, public schools, and work with inner city children I believe his best days are ahead of him. It was troubling to know that Jayme lost his panda characters but when we talked about it he simply told me that he was looking to move forward with his life and planning on getting back into inner city work with the rest of his characters.

Over the years, I have gotten to know Jayme, his son Jayme Jr., and his wife Mary very well and I have come to see what a beautiful loving family they are and I can't imagine them without him. I understand that Jayme has been convicted but it seems so uncharacteristic of him as I know he is a very good person. I hope that you will see that Jayme best serves us all and the community by being here with us and I hope in your wisdom that a punishment that entails a greater degree of community service is kept in mind.

Sincerely,

Cynthia Bacon

Here is a Photo of my Mom and Jayme with a costume they built for Bickford's Family Restaurants.



March 9, 2017

Chief Judge Patti Saris
United States District Court for the District of Massachusetts

Your Honor,

My name is Valerie Solimini of Quincy, MA. I am a tenured employee of 20 years at Medical Information Technology, Inc (MEDITECH) working in the Marketing division.

I am a friend of Jayme Gordon of Randolph, MA, as well as his wife Mary and son Jayme. I have know them for 20 years. I met Mary through work and from there my friendship grew not only with her but her immediate and extended family. I am fortunate to see them on a regular basis and enjoy their company.

Jayme is a calm, caring, and considerate person, who is very generous with his time. He is a devoted uncle who takes his nieces/nephews along with his son to have breakfast with Santa every year, even as young adults. He has been a mentor/role model to his nephews who had lost their mother when they were very young. He has always been there to guide them throughout their life and making sure they were taken care of. He drives his mother to/from appointments on the North Shore.

Jayme has always had the respect of his peers, family, friends and neighbors. He is especially close to the next door neighbor. He takes care of their yard as they are elderly and can't do it all on their own.

I recognize that Jayme has been found guilty but I will continue to support and rally behind him just the same. This has truly been a whirlwind for the Gordon family these last few years. The stress, financial burden, investigation, trial, etc has certainly taken a toll on the family. Counseling and emotional support can, will, and has certainly helped, but the unknown is the most frightening.

Jayme is not a flight risk and his roots are here in Massachusetts. I ask that you please consider a house arrest type of sentencing so that he is still able to provide for his family. Most of the family savings have been spent financing his case and his son is currently enrolled at UMass Amherst. If he were to be sentenced to jail time, this would cause a burden to their household. While Mary is working full time, Jayme tends to all of the household needs. Mary is also not in the best of health, having major life saving surgery a few years ago and their son just had a tumor removed from his back in January. Knowing that he could be there in case of an emergency would be very stress relieving.

I thank you for your time and respect the justice system. I hope you will consider my letter.

Sincerely,

Valerie Solimini

Valerie Solimini

March 20,2017

To Whom It May Concern,

I am writing this letter in regards to a Lifelong friend of mine, Jayme E Gordon who was found guilty of numerous charges regarding his case, which is a shock to most of us that knew him. His family went through tragedies starting when he was 15, with the death of his brother who was like a twin to him, his family tragedies got worse as the years went on, Jayme seemed to become a little introverted after and spent most of his spare time with his passion : Drawing

I went to High School with him and we hung out often and he would show us some things he drew as he was really into drawing, I believe it was a way for him to cope with life and anything that bothered him.

We graduated together and always remained friends throughout the years and he was Very Proud when he married and had his only child, his son Jayme.

He was now into his drawing more and created many characters and story lines starting with his main character Lucky Lizard, from which he branched out and wrote a book volunteered at schools and spent endless hours creating more and doing what he could for children , he would dress up in his lizard costume and make appearances just to see a child smile, this is just the kind of person he was and will always be.

I am hoping that he would avoid jail time as I don't think he would last in there and I think a lenient charge would be best for him as the family has already spent their earnings to pay for lawyers and I don't think they will get through any of this with him behind bars.

I am asking for a Man to be around for his son and wife and hope that leniency can be taken in this matter.

If I can be of further assistance please feel free to contact me

Kathy Dion

kdion@karasglass.com

April 3, 2017

To Whom It May Concern,

I am respectfully submitting this letter on behalf of my nephew, Jayme Gordon and requesting leniency on his sentence. Jayme is a kind, naïve, idealistic, patient, creative, and generous person that has always lived his life in this manner. As a child, Jayme was always upbeat and positive. He's excited about his expressive ability, and he has always shared his drawings and creative ideas with others. Growing up, Jayme was always talking, showing, or drawing his artwork and sharing stories of his characters.

As a young man, Jayme expressed an interest in Walt Disney and his journey as an animator. He has continued to have a child-like quality about him when it comes to believing in others and his own self. He has always been artistic, allowing himself to be expressive through his arts because of his learning challenges with attention, dyslexia/reading comprehension, and his level of distraction. Since he has always had challenges with communication, he has found his style of communication through drawing and art. His creativeness within the arts has truly assisted him to manage through many life challenges, including his own family tragedies.

As an adult, Jayme continues to have a childlike innocence that allows him to believe in the goodness of others and to navigate through life this way. He has shown so much love and compassion to his family; and this compassion has extended past his immediate family to my husband, through his life and also during his final days. My husband was his father's brother. Jayme created the invitations to my husband's retirement party; drawing an excellent, realistic portrait of my husband and composing the statements in the invitation, citing many facts about my husband's life. He also helped my husband face his death with dignity. He gave him his final shave and haircut, as well as coming to visit. The generosity and kindness of Jayme is shown in his acts of kindness towards others.

Jayme's ability to remain his true self even in such dire adversity is nothing short of admirable. He has such loyalty to his family and friends and it is my honor to write this letter on his behalf. I beg of the court to show my nephew Jayme the same dignity and compassion that he has shown to my family throughout his life. Please grant him leniency on his sentencing and bestow on him the kindness that he has given to my family and me throughout the years.

Respectfully,

Mary Gordon, Jayme's Aunt

Chief Judge Patti B. Saris
One Court House Way
Boston, MA
Re: Jayme Gordon

Dear Judge Saris,

I am writing this letter on behalf of my brother in law Jayme Gordon. I have known him for forty-five years. I have watched him grow up through the good and the troubled times. He has been support for the entire family. He was there for my young children and myself after my husband's death (his brother). He went to the family's recitals, horse shows, and graduations. He took them on vacations and to trips to the Zoos. He even did presentations at their schools with the reptile foundation he was working with. He has a strong relationship with my children's children. He spends every holiday at my house and takes my grandchildren to breakfast with Santa.

Jayme has dedicated his life with the drawings, stories, poems and costumes. Every child in the family has worn one or another costume at some function or other for his charities. Just as there is a story and character for each of them. His life's motivation has never been about money. Only on a few occasions has he requested that people not use his work. I hope you can see his whole life has been about his art and it's use for good things. I hope you can also see that his attempt was through proper channels to rectify what he felt was use of his work. Even though he was found guilty, it was evident that he was following the legal advice he was given. It saddens us all that it has come to this point,

I realize, as does he, the legal trouble that he is in. He has lost any credibility with his artwork, which is his life's work. He is in danger of losing his mother's final years and many of the important ones with the children in the family. Children and family, that love him dearly. And depend on him for emotional support. The loss of these, is the greatest punishment of all.

This letter is in hopes that you will consider this. He is a man that has donated time and characters to the Stone Zoo in Stoneham Ma. He was on the advisory board for Blue Hills High School. His characters have been to many grade schools for childhood enrichment. The support for his deceased brother and sister's children. The support for his parents. He is a loving father, husband, son, uncle, and brother. He has been limited during the time he was awaiting trial to Massachusetts. He has met all requirements. Please take all of this into consideration during his sentencing. This sentence is not just to Jayme Gordon, it is to all of us that love and care for him. Please take all this into consideration as you make your decision.

Sincerely,

AnnMarie Gordon

Chief Judge Patti Saris,

My name is Jennifer Lydon and I am first cousin to Jayme Gordon. Our mothers are sisters. I grew up with Jayme and spent almost every school vacation and part of summers at their family home.

The Gordon family has had to endure so many tragedies. Especially Jayme losing so many of his family members. Starting with Jayme's brother Charles who died soon after birth. As a teenager, he lost his brother David whom he was very close to, from a head on motorcycle collision. Next his sister Patty was murdered at the hands of her estranged husband, who stabbed her to death in front of their two toddlers. Soon after Patty, he tragically lost his brother Joey. Losing so many siblings, is devastating and traumatizing to a young man. He then lost his father to cancer and was by his side through hospice and death.

Jayme is a good man. He was always the one trying to help and be there for the family and for his widowed mother. His Mom began raising her two Grandsons from the moment Patty was murdered and without his father to help support the household, Jayme would often help his Mother with things she needed.

Drawing and creating characters was always part of my memories of Jayme. He was always the artist in the family, and it would often be a release for him from the pains of the world around him. He is so creative and loving and kind.

Jayme would never intentionally do anything to be fraudulent. It is rather opposite, he was often so eager to show his work that I fear many took advantage of a young man's eagerness and naivety.

Please show leniency your honor.

Jennifer Lydon

J Lydon

Chief Judge Patti B. Saris
One Court House Way
Boston, MA
Re: Jayme Gordon

Dear Judge Saris,

I have known Jayme Gordon for my entire life. He is my paternal uncle. He is also my Godfather. We have always had a special relationship but after my father died when I was fourteen, we became even closer. I love and respect my uncle. He has been with me every step and milestone that I have experienced. I understand that he was found guilty. Unfortunately, there is nothing that I can do to help him. All I can offer him is emotional support. The way that he has stood by me for my 35 years on this earth.

My uncle has taken care of everyone. He stepped up to help with my cousins after my aunt was murdered. He also helped myself and my sister after my father passed away. He took care of my grandfather when he was dying. And he drives to see my grandmother frequently. He is a kind soul and takes care of everyone. The day after I had my son he came to visit us in the hospital and has played an active role in his life since then. I had a surgery when I was nineteen. I developed an infection and became extremely ill. He was the one that got me home safely and to the doctors. He has a huge roll in my son's life. He worked with the Stone Zoo and we as a family took many trips there. He organizes the family breakfasts with Santa and the Easter Bunny. He also took four of his nieces and one nephew to Disney World.

Jayme Gordon is an important person to many people. He has spent his life creating and supporting the people he loves. He has had a lot of loss in his life. Rather than let loss harden him he has learned to keep his loved ones close.

Sincerely,

Jaime Gordon

Dear Your Honor,

I've known Jayme Gordon for over 40 years. I'm his brother in law, married to his older sister Denise.

Even as a small child, he was always drawing pictures and writing stories and he was very good at it. As he grew up he drew his own characters and made by hand full length costumes.

My four children always wanted to go to uncle Jayme's and he would dress them up in the costumes and they would go to town functions, and community social events.

My children love it and they love their uncle Jayme. Jayme Gordon volunteered all these services and at the same time created a wonderful past time for my children.

In the past few years, unfortunately Jayme lost his two brothers and a sister. He was always there for their children and remains a big part of their lives.

Jayme Gordon is a great asset to his family and community, and it is my hope and prayer that you show him leniency and allow him to stay with and serve both. I truly believe, that, he does not belong in prison and that a sentence that makes use of his creative talents would better serve a greater good.

Yours Truly,

Bruce Gorham

Dear Judge or Your Honor,

I have known Jayme Gordon for about 5 years. He is a relative of my friend. I first met him at a family gathering at his sister-in-law Annmarie's home, and have had many other meetings with him since then. He is so receptive to others around him. He is very easy to talk to and makes you feel like an instant friend-at least I know that is how he made me feel. My daughter is fascinated on how he draws and writes. She was excited, at his nephew's birthday party, when he gave her limited edition "Lucky Lizard" play money that was for his nieces and nephews. He is so great with the kids. He also loves to talk about his son Jayme and how proud he is of him.

I am aware of the situation he is in. How the FBI has been following him and his family. What I have seen and know of Jayme is that he is no threat or flight risk. I understand that he is fighting for his work that he established as a young boy. I am unclear how he is in this trouble when all he wants is his work back. I have learned from Jayme that it is not about money but his work and only his work and that he feels that it has been taken from him.

I find Jayme to be a very nice, quiet and easy going person. He is all about family. He is always at family events or if he can't stay, he drops in to say hi, and apologizes he couldn't stay longer. I am always hearing that he is the first one to help out when someone needs a hand. I have seen Jayme devastated that this situation could take him away from his family. He is the source of support for his wife and son.

If there is any way to plead that Jayme serve his sentence on probation or home restriction, I am pleading. He does not belong in prison. He is no threat. He is so needed by his family- his mom is sick and his Aunt is dying. His son is at the age that he needs his dad. Jayme and his son are very close. Jayme is also the main father figure to the entire Gordon Family and has many nieces and nephews that look up to him. He does a lot for his family and if imprisoned the Gordon support system will be gone. Thanks for reading my letter.

Sincerely,

Christine Dalba (Electronically signed)

March 15, 2017


Honorable Patti B. Saris
United States District Court
1 Courthouse Way
Boston, MA, 02210


Dear Honorable Judge Saris:


I am writing to you on behalf of my youngest brother Jayme Gordon.

I am the eldest of 6 siblings, 3 of which died tragically, our brother

David died at 18 in a motorcycle accident. Our sister Patty was

murdered by her husband due to domestic violence on my brother

David's birthday, on August 1, and our brother Joseph also died

tragically not long after.


Our dad Joseph Gordon would then die due to cancer, but we honestly

believe that the stress of losing so many, was a mitigating factor to his

death. As you can only imagine what this has done to our family.

My brother Jayme was devastated by all of this. He was quiet about the loss of his siblings and could rarely speak their names. Later, however my brother Jayme created characters in memory of my brother David, and other siblings. Seeing that I am the eldest of a family that were so close and just the thought of losing my brother Jayme is a devastation to myself and what's left of my family. My mother is elderly and ailing and I too, have had many stress related medical events in my life. A massive heart attack, two brain bleeds, among other ailments.

My family has been through so many tragic events due to losses, but the worst loss of all, is of course my brother Jayme. I know that this has taken a toll on my mom who is almost 80 years old and to her this is another loss of her children, after all, no mom should live longer than her children. My brother Jayme has always been there for me while sick and my mom while going through another stress related event that this is causing her now. She hasn't got much more in her to deal with this tragedy. My brother Jayme has always been there for everyone else. He has also not only taken care of his family, he has always been there for

my children, taking them on vacations after my sister's tragic death. He has always brought out the best in others. He always encouraged the kids in our family to stay positive and get involved in helping others. This may be something he picked up from my parents as they always tried to help people in need. When we were young, they would literally feed the kids in the neighborhood who were often hungry. My dad was famous for his hand made hamburgers and meatballs. My parents even raised three foster children on top of the six of us. This level of giving has transcended through all of us, but Jayme decided to take it to another level with his creativity, cartoon characters and stories. He writes stories with strong moral values about positive change. His characters all have some type of adversity to overcome, and they always do. Children seem to relate very well to his characters and their stories. He also creates character costumes that the kids in our family would wear to special events for charities that my brother believes in. My eldest daughter Leah was a martial arts kangaroo character named Jiu Jitsu Roo at PBS fundraisers for WGBH TV in Boston. She also portrayed many other characters of his at their yearly charitable events and other places.

These were great days for all to enjoy, among many other charitable events Jayme would dedicate time to for free. This was also a great way for the kids in our family to bond together in a good way and lessen the hardships that we have all endured.

My brother Jayme has always been a man of great character, and always gives to others when down and out. I've seen him give to family, friends and to those who were having problems. He would give them a place to stay, food, whatever he could give. He is so loved by my family, among many, many others. He honestly, has a heart of gold. If I may, I will tell you a little story when he was a little boy, around 7 years old. He had a newt named Waddles and quite a few other lizards, one was named Lucky. I remember one day he was crying and I said, "What's wrong Jayme.?" He then turned around and said, "Waddles is dead". I then took the baby newt and rubbed his belly and the little guy started moving. Jayme was so grateful, but it made me so happy to help my little brother. Years later, he would take in many unwanted pets and rehabilitate many wildlife animals that were hurt, one I remember was a tortoise, that he

found hurt on the side of the road and brought it to the Wildlife Center

He was, and still is a member of the New England Herpetological Society, also the Zoological Society.

He has done many charitable events there also. I am now pleading with the court that if you could find it in your heart, your honor,

to please give my brother leniency. He is a good and decent man, who would never hurt a soul.

Thank you for your time in this matter:


Sincerely and with gratitude,

Denise Gordon

Denise Gordon

March 2017

Your Honor,

I wanted to say some words about my brother Jayme Gordon. My brother has always had a very sincere heart and is very passionate about his family.

He is a very good Uncle to my children and brings out wonderment in them. They enjoy him very much as he genuinely takes time with them and his caring nature exudes anytime he is with them.

They very much need their Uncle as a positive influence in their life.

Thank you for taking the time to read this.

Respectfully,
JT Oussama, Jayme's sister



Honorable Patti B. Saris
United States District Court
Massachusetts

Dear Judge Saris,

My name is David Gordon, the nephew of Jayme Gordon who has been and is
the last father figure I have in my life. I don't have a mom nor do I have a
dad...I've lived my life unnecessarily struggling to figure out things in life for
myself do to it. But my Uncle Jayme has always been there to lend an ear or a
helping hand and general guidance for me.

My Uncle Jayme has always been there to help with anything and everything the
family needed. When my mother was murdered he paid the funeral costs out of
his own pocket. He was in danger of losing everything of his own because of it
financially. The Jayme I know has a huge heart. My Uncle Jayme has always
personally been an inspiration in my life, even though at times it was difficult
without my Mom, my Uncle Jayme always kept me striving for something
greater. Like my Grandfather, my Uncle Jayme encouraged my artistic talents.
When my Grandfather passed away, it was very difficult for me, but my uncle
just did more and took over my Grandfather's obligations in helping the family.
My Uncle Jayme and my Grandfather were very close.

My Uncle Jayme has a lot of positive energy. He was always the light that broke
the darkness with both reason and some kind of homegrown wisdom from
growing up in the streets of Dorchester. After my Uncle "David" died, I heard my
Uncle Jayme died a little too. They were inseparable. My mother "Patty" and my
Uncle David were also very close, and so, I was named after my Uncle David..
My Uncle Jayme went through difficult times but later turned all the negative
energy into positive. He began to create all types of happy characters and
stories and shared them with all of us and also with inner city kids that he
would introduce them to. I believe my Uncle was destined for greatness and he
would have attained it too if he didn't have such a big heart. He never forgot who
he was or where he came from and he never forgot his family. My Uncle Jayme
is an anomaly and is always trying to make everything work for everyone.

He created a beautiful universe of stories and characters in order to brighten
the sorrow for people in need of joy... His stories are of happy places. He
brought me there as a child, to a place of fantasy, lush green and charismatic
heroes and creatures who defy all odds when the darkness try's to trap
them...they defeat the evil with love and positivity and with the help of mother
earth all is possible.

My Uncle Jayme loves all the creatures of earth...he loves cats, dogs, lizards, birds and every last creature that walks upon the earth. He wouldn't and could never ever hurt not one creature or human being...he's the kind of individual who can stop a fight by just talking and then become best friends with the individual no matter what the fight started with. My Uncle created Kung Fu Panda Power and so many other stories...his universe of characters is spectacular. Many people like his characters and stories. I can remember meeting his characters as a little kid at the Zoo. Not many uncles have their own costume characters. So many kids have enjoyed meeting his characters. My Grandmother told me that she once got a call from Disney on behalf of their CEO Michael Eisner because they were interested in my Uncle's stories. This was very exciting to know because we grew up with Disney.

My Uncle creates cartoon characters, writes comic stories, poetry, makes costume characters, puppets, and donates his time to a greater good and encourages others to do so as well. My Uncle Jayme has taught me to strive for greatness
in fitness, creativity and passion in my day-to-day life.
Because of my uncle both my brother and I have gotten involved in creating cartoon characters, writing stories, and exploring options for a positive future. My brother has even published his own book. I also enjoy music and poetry. No one can teach you to see but with positive guidance and strength of heart you can achieve anything.

My Uncle Jayme is the last father figure I will ever have and he is my grandmother's last living son and it would be unimaginable to not have him around. I hope that this letter paints a better picture of who he is for you, and who my uncle is to me, to his mother, family and the community... I know that he has been found guilty, but I still believe in him. It is not in his character to do something wrong. I hope that Your Honor will see the positive aspects of my Uncle Jayme and grant him leniency and maybe find ways to put his talents to use in some types of positive community service. Thank you for taking the time to read my letter.

Sincerely,
David Gordon

Briget Bride
14 Darrell Drive
Randolph Ma 02368

March 18, 2017

To: Honorable Patti B. Saris
United States District Court
1 Courthouse Way
Boston Ma 02210

Re: In support of Jayme Gordon

Dear Judge Saris,
Thank you for taking time to read this letter. I am a neighbor of Jayme and am saddened to hear of his situation. I am hoping to share how he and his family have brought some joy to our neighborhood.

They moved into a home that was in need of love and hard work, that is exactly what I watched. He enthusiastically transformed a forgotten yard into a beautiful welcoming respite full of art and beauty. I love that he is always available with a smile and a kind word, no matter what time of day. Each time I pass his home, I am curious what new wonder will he have created?

Late afternoons when my husband and I walk, we have spent time talking with him, Mary, and their son. It soon became clear to me that they are a tightly knit family. They have created a world based on hard work, creativity, love and education. His support and pride of his son is enormous; he loves to share his successes with the whole neighborhood. One evening I get a knock on the door and it is Jayme and Jayme Jr. gifting us a cookbook from his college, sharing with us how much he loved school. I again was touched by their thoughtfulness. If this family is broken up, it is going to be a tremendous hardship.

I can't speak to Jayme's many charity works as I have never heard him speak of them, he is modest at best. My knowledge of them only comes from others or research. It seems to me, this is a man who lives his beliefs and values, not talks about them.

Thank you for your consideration on this matter,
Warm regards,

Briget

Christopher Valli
14 Darrell Dr
Randolph MA 02368
March 19, 2017

The Honorable Patti B. Saris
United States District Court
1 Courthouse Way
Boston MA 02210

Re: In support of Jayme Gordon

Dear Judge Saris,

I am a lifelong resident of Massachusetts and my wife Briget and I have lived in Randolph for 15 years. I first met Jayme when he and his wife Mary were looking at moving into a home three doors down from where we currently live. After speaking with them for close to an hour, we liked them immediately and were glad that they eventually decided to become a part of our neighborhood. Since moving in, Jayme has been nothing but a positive impact on our neighborhood. He's tireless in improving everything he gets involved in. I always look forward to passing his whimsical sculptures during our frequent walks. He's also quick to offer a hand or run the snow blower down a neighbor's walkway.

Jayme has a very easy going personality and I enjoy our talks when we have the opportunity. During the times that my wife and I have spent talking with Jayme, Mary and his son Jayme, it's easy to see how much they love and admire him. His son is an extremely nice young man and you can quickly see how he looks up to his dad. Jayme greatly encouraged and supported his son in furthering his education. He's extremely proud of his son and has clearly played an important role in his life. I can't help but think how difficult it is going to be for his son if he is not a part of his life for any amount of time.

Thank you and regards,

C W Valli

Christopher Valli

Your Honor,

As a footnote:

I am a volunteer at the Brockton YMCA where I am helping coordinate a fund raiser event for May 8th. Jayme has generously donated a package of Lucky Lizard and friends merchandise, and an autographed book for our raffle. We were also planning to have him bring his characters and sign additional books. It is my hope and prayer that he will still be able to make our event. I have attached our event flyer. I have been talking with Jayme about further involvement in the YMCA with his characters, as he had told me he was about to relaunch several of his community oriented programs and I thought the Y would be a great match for him.

Thank You Again.

# REGISTRATION

Sponsor Name (company or individual) _____

Sponsor Name (as it should appear on collateral) _____

Address _____

Town, State, Zip _____

Phone _____

Email _____

## Payment Information

Sponsor Category _____

Sponsor Amount $ _____

$250 x _____ golfers $ _____

Add'l Dinner Guests @ $40/ea $ _____

I cannot attend, but wish to make a donation $ _____

> Total Enclosed $ _____

☐ Check

☐ Credit (circle) Visa | MC | AMEX | Discover

Name _____

Card # _____

Exp _____

Signature _____

Payment must be made in full upon registration. Please make check payable to Old Colony YMCA. Return completed form to address below:

Questions? Please contact
Lauren Scott at:
lscott@oldcolonyymca.org

OLD COLONY YMCA
320 Main Street
Brockton, MA 02301
508-897-1238

oldcolonyymca.org



OLD COLONY YMCA
320 Main Street
Brockton, MA 02301
508-583-2155



FOR YOUTH DEVELOPMENT®
FOR HEALTHY LIVING
FOR SOCIAL RESPONSIBILITY

## OLD COLONY YMCA

# 5TH ANNUAL BROCKTON
# GOLF TOURNAMENT

THANK YOU TO OUR 2017 LEAD SPONSORS



CBIZ Tofias
Accounting | Tax | Consulting



HARBORONE
Bank

> MONDAY | MAY 8, 2017
> THORNY LEA GOLF CLUB



# REGISTRATION

Sponsor Name (company or individual)

Sponsor Name (as it should appear on collateral)

Address

Town, State, Zip

Phone

Email

## Payment Information

Sponsor Category

Sponsor Amount                    $

$250 x _____ golfers             $

Add'l Dinner Guests @ $40/ea      $

I cannot attend, but wish
to make a donation                $

> Total Enclosed                  $

☐ Check

☐ Credit (circle)  Visa | MC | AMEX | Discover

Name

Card #

Signature                         Exp



OLD COLONY YMCA
320 Main Street
Brockton, MA 02301
508-897-1238

Questions? Please contact
Lauren Scott at:
lscott@oldcolonyymca.org

oldcolonyymca.org

Payment must be made in full upon registration. Please make check payable to Old Colony YMCA. Return completed form to address below:



FOR YOUTH DEVELOPMENT®
FOR HEALTHY LIVING
FOR SOCIAL RESPONSIBILITY

**OLD COLONY YMCA**
320 Main Street
Brockton, MA 02301
508-583-2155

the **Y** **OLD COLONY YMCA**

# 5TH ANNUAL BROCKTON
# GOLF TOURNAMENT

THANK YOU TO OUR 2017 LEAD SPONSORS


CBIZ Tofias
Accounting | Tax | Consulting


HARBORONE®
Bank

> **MONDAY | MAY 8, 2017**
> **THORNY LEA GOLF CLUB**

