**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| |
|---|
| |

**UNITED STATES OF AMERICA**

**v.**

**JAYME GORDON,**
                    Defendant.

**No. 1:15-cr-10390-PBS**

## NOTICE OF APPEAL

Defendant Jayme Gordon ("the Defendant") hereby notifies the Court of his appeal of the Court's findings and rulings pertaining to this action including appealing the verdict of guilty.

This Court sentenced the Defendant to a term of two years imprisonment, 3 years supervised release and restitution of $3,064,847.12 following a sentencing hearing held before the Honorable Patti B. Saris on May 4th, 2017.  The Court entered its judgment and conviction order in this matter on May 4th, 2017.

Dated:  May 15, 2017

Respectfully submitted,
JAYME GORDON,
By and through his attorneys,

/s/ Jeffrey A. Denner
_____
Jeffrey A. Denner, BBO#120520
JEFFREY DENNER ASSOCIATES, PC
Four Longfellow Place, Suite 3501
Boston, MA 02114
Tel: (617) 227-2800
Fax: (617) 973-1562
jad@dennerlaw.com

**<u>Certificate of Service</u>**

I hereby certify that on 15th day of May, 2017, I served a true and correct copy of the within document upon all parties of record via ECF.

/s/ Jeffrey A. Denner

_____

Jeffrey A. Denner